| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | U. S. Court of Appeals | 05/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2270 United States Courthouse 700 Grant Street Pittsburgh, PA 15219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Hardiman, Thomas M.**

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

|✓| NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar omount not required except for honoraria.)*

| | NONE *(No reportable non-investment income.)*

| DATE · | SOURCE AND TYPE |
|---|---|
| 1. 2010 | The First City Company |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

|✓| NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Academy of Trial Lawyers of Allegheny County | Honorary Membership | $600.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PNC Checking Account | A | Interest | J | T | | | | | |
| 2. Capital One Savings Acct. | B | Interest | M | T | | | | | |
| 3. PNC Money Market Acct. | B | Interest | N | T | | | | | |
| 4. Vangard Prmpcp Mut. Fund (MF) | A | Dividend | K | T | | | | | |
| 5. Fulton Financial Stk (CS) | A | Dividend | J | T | | | | | |
| 6. WELLS FARGO EQUITY ACCOUNT | | | | | | | | | |
| 7. Wells Fargo MM | A | Interest | M | T | | | | | |
| 8. AOL CS | | None | J | T | Buy | 05/03/10 | J | | |
| 9. Altisource Portfolio Solutions CS | | None | K | T | Sold (part) | 02/18/10 | J | C | |
| 10. Altisource Portfolio Solutions CA | | None | K | T | Sold (part) | 07/26/10 | J | C | |
| 11. American Eagle Outfitters CS | A | Dividend | J | T | | | | | |
| 12. American Express CS | A | Dividend | K | T | Sold (part) | 04/08/10 | J | A | |
| 13. AON Corp | A | Dividend | K | T | Buy | 11/05/10 | K | | |
| 14. Bank New York Mellon CS | A | Dividend | K | T | Buy | 03/12/10 | K | | |
| 15. Barrick Gold Corp CS | A | Dividend | K | T | | | | | |
| 16. Broadridge Financial Solutions | A | Dividend | J | T | Buy | 03/03/10 | J | | |
| 17. Capital One Financial Corp CS | A | Dividend | | | Sold | 12/10/10 | J | D | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron | A | Dividend | K | T | Buy | 07/01/10 | K | | |
| 19. Charming Shoppes CS | | None | | | Sold (part) | 03/05/10 | J | A | |
| 20. Charming Shoppes CS | | None | | | Sold (part) | 03/22/10 | J | A | |
| 21. Charming Shoppes CS | | None | | | Sold (part) | 03/22/10 | J | B | |
| 22. Charming Shoppes CS | | None | | | Sold | 03/22/10 | J | C | |
| 23. Cisco Systems CS | | None | K | T | Buy | 11/11/10 | J | | |
| 24. Clearwire Corp. CS | | None | J | T | Buy | 06/28/10 | J | | |
| 25. Corning CS | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 26. Covanta Holding | | None | J | T | Buy | 06/29/10 | J | | |
| 27. Direct TV CS | | None | K | T | | | | | |
| 28. Dish Network CS | | None | K | T | | | | | |
| 29. Disney CS | A | Dividend | K | T | | | | | |
| 30. Domtar Corp CS | | None | K | T | Buy | 02/04/10 | J | | |
| 31. Domtar Corp CS | | None | K | T | Buy | 06/24/10 | J | | |
| 32. Dress Barn CS | | None | J | T | Sold (part) | 04/23/10 | J | D | |
| 33. Ebay CS | | None | K | T | Sold (part) | 10/21/10 | J | A | |
| 34. Ebay CS | | None | K | T | Sold (part) | 10/21/10 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fairchild Semiconductor | | None | L | T | Buy | 01/22/10 | J | | |
| 36. Fairchild Semiconductor | | None | L | T | Buy | 05/14/10 | J | | |
| 37. Fairchild Semiconductor | | None | L | T | Buy | 05/18/10 | J | | |
| 38. Fairchild Semiconductor | | None | L | T | Buy | 08/19/10 | J | | |
| 39. Gilead Sciences | | None | K | T | Buy | 07/22/10 | K | | |
| 40. Gilead Sciences | | None | K | T | Buy | 12/23/10 | J | | |
| 41. Gannett Co CS | A | Dividend | | | Sold | 03/02/10 | J | A | |
| 42. Goldman Sachs | A | Dividend | K | T | Buy | 05/06/10 | K | | |
| 43. H & R Block | A | Dividend | J | T | Buy | 02/01/10 | J | | |
| 44. H & R Block | A | Dividend | J | T | Buy | 02/24/10 | J | | |
| 45. HSN CS | | None | | | Sold (part) | 03/01/10 | J | D | |
| 46. HSN CS | | None | | | Sold | 04/08/10 | J | E | |
| 47. Intel | A | Dividend | K | T | Buy | 07/07/10 | K | | |
| 48. JP Morgan Chase CS | A | Dividend | K | T | Buy | 01/25/10 | J | | |
| 49. JP Morgan Chase CS | A | Dividend | K | T | Buy | 10/15/10 | J | | |
| 50. Knoll Inc CS | A | Dividend | K | T | | | | | |
| 51. Knology CS | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Liberty Enterrainment CS | | None | J | T | | | | | |
| 53. Mastercard | A | Dividend | J | T | Buy | 05/14/10 | J | | |
| 54. Merck CS | A | Dividend | K | T | | | | | |
| 55. Methode Elec. CS | | None | J | T | Sold (part) | 03/02/10 | J | C | |
| 56. Methode Elec CS | | None | | | Sold | 07/23/10 | J | C | |
| 57. Microsoft CS | A | Dividend | J | T | | | | | |
| 58. NCR CS | | None | | | Sold (part) | 07/26/10 | J | A | |
| 59. NCR CS | | None | | | Sold (part) | 09/20/10 | J | A | |
| 60. NCR CS | | None | | | Sold (part) | 09/21/10 | J | A | |
| 61. NCR CS | | None | | | Sold | 09/21/10 | J | B | |
| 62. Nighthawk Radiology CS | | None | | | Sold | 12/23/10 | J | B | |
| 63. Newell Rubbermaid | A | Dividend | K | T | Buy | 02/03/10 | J | | |
| 64. Nokia Corp. ADR | A | Dividend | J | T | | | | | |
| 65. PNC Financial CS | A | Dividend | K | T | | | | | |
| 66. Precision Castparts CS | | None | | | Sold | 06/03/10 | J | D | |
| 67. RCN Corp. CS | | None | | | Sold | 08/27/10 | J | D | |
| 68. Seahawk Drilling CS | | None | | | Sold | 01/21/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sprint Nextel CS | | None | K | T | | | | | |
| 70. Time Warner CS | A | Dividend | J | T | | | | | |
| 71. Time Warner (new) | A | Dividend | K | T | | | | | |
| 72. Tyco CS | A | Dividend | | | Sold | 07/27/10 | J | A | |
| 73. US Bancorp CS | A | Dividend | K | T | | | | | |
| 74. Wal-Mart CS | A | Dividend | J | T | | | | | |
| 75. WSFS Financial Corp. | A | Dividend | | | Buy | 02/04/10 | J | | |
| 76. WSFS Financial Corp. | A | Dividend | | | Sold | 05/12/10 | J | D | |
| 77. Wells fargo PF | A | Dividend | | | Sold | 07/29/10 | J | D | |
| 78. Winn-Dixie CS | | None | J | T | | | | | |
| 79. 3M Co. CS | A | Dividend | K | T | Buy | 06/04/10 | J | | |
| 80. WELLS FARGO BOND ACCOUNT | | | | | | | | | |
| 81. Wells Fargo MM | A | Interest | J | T | | | | | |
| 82. RBS Capital Funding f/k/a ABN Amro Cap VII | B | Interest | J | T | | | | | |
| 83. American Int'l Grp | B | Interest | K | T | | | | | |
| 84. Arch Capital Grp | A | Interest | J | T | | | | | |
| 85. Barclays Bank PLC Pfd. Stk (PF) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Deutsche Bank | B | Interest | K | T | | | | | |
| 87. Duke Energy PF | A | Dividend | J | T | | | | | |
| 88. Easton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 89. Easton Vance Gr. India MF | | None | K | T | | | | | |
| 90. Franklin Biotech MF | | None | | | Sold | 02/02/10 | J | A | |
| 91. Investment Co. MF | A | Dividend | K | T | | | | | |
| 92. Putnam New Opp. MF | A | Dividend | | | Sold | 02/02/10 | J | A | |
| 93. Renaissance Re Hldgs PF | B | Interest | K | T | | | | | |
| 94. Spectra Energy Corp PF | A | Dividend | J | T | | | | | |
| 95. Washington Mutual Invest. MF | A | Dividend | K | T | | | | | |
| 96. Capital World Income MF | A | Dividend | K | T | Buy | 02/04/10 | K | | |
| 97. Europacific Growth MF | A | Dividend | K | T | Buy | 02/03/10 | K | | |
| 98. New Perspective FDA MF | A | Dividend | K | T | Buy | 02/03/10 | K | | |
| 99. Lord Abbett Inv. Trust C class | C | Dividend | M | T | Buy | 02/16/10 | L | | |
| 100. 401(k) ACCOUNT #1 | | | | | | | | | |
| 101. Principal MM | A | Interest | | | Sold | 10/11/10 | J | A | |
| 102. Principal Large Cap MF | A | Dividend | | | Sold | 10/11/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Principal Med. Co. Bld MF | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 104. Principal Sm. Co. Grwth MF | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 105. Principal Int'l Stock MF | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 106. Principal Fin. Grp Inc. | A | Dividend | | | Sold | 10/11/10 | J | A | |
| 107. 401(k) ACCOUNT #1A | | | | | | | | | |
| 108. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | J | T | Buy | 10/11/10 | J | | |
| 109. Lg. Value Growth (T. Rowe Price) | A | Dividend | J | T | Buy | 10/11/10 | J | | |
| 110. Mid Cap Value (Perkins Mid Cap Value) | A | Dividend | J | T | Buy | 10/11/10 | J | | |
| 111. International Value II (Dodge & Cox) | A | Dividend | J | T | Buy | 10/11/10 | J | | |
| 112. International Growth (Jamns Overseas) | A | Dividend | J | T | Buy | 10/11/10 | J | | |
| 113. 401(k) ACCOUNT #2 | | | | | | | | | |
| 114. Merrill Lynch | A | Interest | J | T | | | | | |
| 115. LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 116. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 117. Cisco Systems CS | | None | | | Sold | 05/12/10 | J | A | |
| 118. Citigroup CS | | None | J | T | | | | | |
| 119. Dow Chemical CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  EMC Corp CS | | None | | | Sold | 03/02/10 | J | A | |
| 121.  Ford Motor CS | | None | | | Sold | 03/02/10 | J | A | |
| 122.  General Electric CS | A | Dividend | J | T | | | | | |
| 123.  Intel CS | A | Dividend | J | T | | | | | |
| 124.  Merck CS | A | Dividend | J | T | | | | | |
| 125.  Nektar Therapeutics CS | | None | J | T | | | | | |
| 126.  Panacos Pharm. CS | | None | J | T | | | | | |
| 127.  Pfizer CS | A | Dividend | J | T | | | | | |
| 128.  Qwest CS | A | Dividend | J | T | | 04/17/10 | | | |
| 129.  Sirius CS | | None | J | T | Buy<br>(add'l) | 03/05/10 | J | | |
| 130.  Sirius CS | | None | J | T | Buy<br>(add'l) | 05/07/10 | J | | |
| 131.  Wilsons Leather CS | | None | J | T | | | | | |
| 132.  TRUST #1 | | | | | | | | | |
| 133.  Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 134.  AMCAP MF | A | Dividend | L | T | | | | | |
| 135.  Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 136.  Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 05/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 08/04/10 | J | | |
| 138. Europacific Growth MF | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 139. Europacific Growth MF | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 140. Europacific Growth MF | A | Dividend | K | T | Buy | 08/04/10 | J | | |
| 141. Fundamental Inv. MF | A | Distribution | L | T | | | | | |
| 142. Growth Fund of America MF | A | Distribution | L | T | | | | | |
| 143. Investment Co. of America MF | A | Dividend | L | T | | | | | |
| 144. New Perspective MF | A | Dividend | L | T | | | | | |
| 145. Washington Mutual Inv. MF | B | Dividend | K | T | | . | | | |
| 146. TRUST #2 | | | | | | | | | |
| 147. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 148. AMCAP MF | A | Dividend | K | T | | | | | |
| 149. Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 02/04/10 | J | | |
| 150. Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 05/04/10 | J | | |
| 151. Capital World Gr. & Income MF | B | Dividend | K | T | Buy | 08/04/10 | J | | |
| 152. Europacific Growth MF | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 153. Europacific Growth MF | A | Dividend | K | T | Buy | 05/04/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)          U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Europacific Growth MF | A | Dividend | K | T | Buy | 08/04/10 | J | | |
| 155. Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 156. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 157. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 158. New Perspective MF | A | Dividend | K | T | | | | | |
| 159. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 160. TRUST #3 | | | | | | | | | |
| 161. Wells Fargo Trust Account | A | Interest | K | T | | | | | |
| 162. AMCAP MF | A | Dividend | K | T | | | | | |
| 163. Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 164. Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 165. Capital World Gr. & Income MF | A | Dividend | K | T | Buy | 08/04/10 | J | | |
| 166. Europacific Growth MF | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 167. Europacific Growth MF | A | Dividend | K | T | Buy | 05/04/10 | J | | |
| 168. Europacific Growth MF | A | Dividend | K | T | Buy | 08/04/10 | J | | |
| 169. Fundamental Inv. MF | A | Dividend | K | T | | | | | |
| 170. Growth Fund of America MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 172. New Perspecafive MF | A | Dividend | K | T | | | | | |
| 173. Washington Mutual Inv. MF | A | Dividend | K | T | | | | | |
| 174. TRUST #4 (▓▓▓▓ #3) | | | | | | | | | |
| 175. Wells Fargo Trust Account | A | Interest | J | T | | | | | |
| 176. AMCAP MF | A | Dividend | L | T | | | | | |
| 177. Fundamental Inv. MF | B | Dividend | L | T | | | | | |
| 178. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 179. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 180. New Perspective MF | A | Dividend | L | T | | | | | |
| 181. Washington Mutual Inv. MF | B | Dividend | L | T | | | | | |
| 182. TRUST #5 | | | | | | | | | |
| 183. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 184. AMCAP MF | A | Dividend | K | T | | | | | |
| 185. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 186. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 187. Eaton Vance Gr. India MF | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 189. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 190. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 191. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 192. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 193. Altisource Portfolio CS | | None | J | T | Sold (part) | 02/18/10 | J | C | |
| 194. Altisource Portfolio CS | | None | J | T | Sold (part) | 07/26/10 | J | B | |
| 195. American Express | A | Dividend | J | T | Sold (part) | 04/08/10 | J | C | |
| 196. American Eagle CS | A | Dividend | J | T | | | | | |
| 197. AOL CS | | None | J | T | Buy | 05/03/10 | J | | |
| 198. AON CS | A | Dividend | J | T | Buy | 11/05/10 | J | | |
| 199. Bank of NY Mellon | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 200. Barrick Gold CS | A | Dividend | J | T | Buy | 07/27/10 | J | | |
| 201. Broadridge Financial | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 202. Capital One CS | A | Dividend | | | Sold | 12/10/10 | J | C | |
| 203. Charming Shoppes CS | | None | | | Sold (part) | 03/05/10 | J | C | |
| 204. Charming Shoppes CS | | None | | | Sold | 03/22/10 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Chevron | A | Dividend | J | T | Buy | 07/07/10 | J | | |
| 206. Cisco Systems CS | | None | J | T | Buy | 11/11/10 | J | | |
| 207. Clearwire CS | | None | J | T | Buy | 06/28/10 | J | | |
| 208. Corning | A | Dividend | J | T | Buy | 05/04/10 | J | | |
| 209. Covanta | | None | J | T | Buy | 06/29/10 | J | | |
| 210. Direct TV CS | | None | J | T | | | | | |
| 211. Dish Network CS | | None | J | T | | | | | |
| 212. Domtar | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 213. Domtar | A | Dividend | K | T | Buy | 06/30/10 | J | | |
| 214. Dress Barn CS | | None | J | T | Sold (part) | 03/02/10 | J | C | |
| 215. Dress Barn CS | | None | J | T | Sold (part) | 04/23/10 | J | C | |
| 216. Ebay CS | | None | J | T | Buy | 05/25/10 | J | | |
| 217. Fairchild Semi | | None | K | T | Buy | 01/22/10 | J | | |
| 218. Fairchild Semi | | None | K | T | Buy | 05/14/10 | J | | |
| 219. Fairchild Semi | | None | K | T | Buy | 05/18/10 | J | | |
| 220. Gilead Sciences | | None | J | T | Buy | 07/22/10 | J | | |
| 221. Gilead Sciences | | None | J | T | Buy | 12/23/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Goldman Sachs | A | Dividend | J | T | Buy | 05/06/10 | J | | |
| 223. H & R Block | A | Dividend | J | T | Buy | 02/11/10 | J | | |
| 224. H & R Block | A | Dividend | J | T | Buy | 02/24/10 | J | | |
| 225. Intel Corp | A | Dividend | J | T | Buy | 07/07/10 | J | | |
| 226. HSN CS | | None | | | Sold<br>(part) | 03/01/10 | J | C | . |
| 227. HSN CS | | None | | | Sold | 04/08/10 | J | D | |
| 228. JPMorgan Chase CS | A | Dividend | J | T | Buy | 01/25/10 | J | | |
| 229. JPMorgan Chase CS | A | Distribution | J | T | Buy | 10/15/10 | J | | |
| 230. Knoll Inc. CS | A | Dividend | J | T | Sold<br>(part) | 10/06/10 | J | C | |
| 231. Knology CS | | None | J | T | | | | | |
| 232. Liberty Media CS | | None | J | T | | | | | |
| 233. Mastercard | A | Dividend | J | T | Buy | 05/14/10 | J | | |
| 234. Merck CS | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 235. Methode Elec. CS | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 236. Microsoft CS | A | Dividend | J | T | | | | | |
| 237. Newell Rubbermaid | A | Dividend | J | T | Buy | 02/03/10 | J | | |
| 238. Nokia CS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PNC Financial CS | A | Dividend | J | T | | | | | |
| 240. Precision Castparts CS | A | Dividend | | | Sold | 06/03/10 | J | C | |
| 241. RCN Corp CS | | None | | | Sold | 08/27/10 | J | B | |
| 242. Seahawk Drilling CS | | None | | | Sold | 01/11/10 | J | A | |
| 243. Seahawk Drilling CS | | None | | | Sold | 01/21/10 | J | A | |
| 244. Sprint Nextel CS | | None | J | T | | | | | |
| 245. Time Warner CS | A | Dividend | J | T | | | | | |
| 246. Time Warner, Inc. New | A | Dividend | J | T | | | | | |
| 247. Tyco Int'l CS | A | Dividend | | | Sold | 07/27/10 | J | B | |
| 248. US Bancorp CS | A | Dividend | J | T | | | | | |
| 249. Wal-Mart Stores | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 250. 3M Co. CS | A | Dividend | J | T | | | | | |
| 251. WSFS Financial | A | Dividend | | | Buy | 02/04/10 | J | | |
| 252. WSFS Financial | A | Dividend | | | Sold | 05/12/10 | J | D | |
| 253. Wells Fargo PF | A | Dividend | | | Sold | 06/29/10 | J | D | |
| 254. TRUST #6 | | | | | | | | | |
| 255. Wells Fargo Trust Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. AMCAP MF | A | Dividend | K | T | | | | | |
| 257. Capital Income Builder MF | A | Dividend | K | T | | | | | |
| 258. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |
| 259. Eaton Vance Gr. India MF | | None | L | T | | | | | |
| 260. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 261. Fundamental INVS Inc. MF | A | Dividend | K | T | | | | | |
| 262. Growth Fund of America MF | A | Dividend | K | T | | | | | |
| 263. Investment Co. of America MF | A | Dividend | K | T | | | | | |
| 264. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 265. Altisource Portfolio CS | | None | | | Sold | 02/18/10 | J | C | |
| 266. Altisource Portfolio CS | | None | | | Sold | 07/26/10 | J | B | |
| 267. American Express CS | A | Dividend | J | T | Sold (part) | 04/08/10 | J | C | |
| 268. American Eagle CS | A | Dividend | J | T | | | | | |
| 269. AOL CS | | None | J | T | Buy | 05/03/10 | J | | |
| 270. AON Corp | A | Dividend | J | T | Buy | 11/05/10 | J | | |
| 271. Bank of New York Mellon | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 272. Barrick Gold CS | A | Dividend | J | T | Buy | 07/27/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Broadridge Financial | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 274. Charming Shoppes CS | | None | | | Sold | 03/05/10 | J | C | |
| 275. Charming Shoppes CS | | None | | | Sold | 03/22/10 | J | C | |
| 276. Capital One CS | A | Dividend | | | Sold | 12/10/10 | J | C | |
| 277. Chevron | A | Dividend | J | T | Buy | 07/01/10 | J | | |
| 278. Cisco Systems CS | | None | J | T | Buy | 11/11/10 | J | | |
| 279. Clearwire CS | | None | J | T | Buy | 06/21/10 | J | | |
| 280. Corning | A | Dividend | J | T | Buy | 05/04/10 | J | | |
| 281. Covanta | | None | J | T | Buy | 06/29/10 | J | | |
| 282. DirectTV CS | | None | J | T | | | | | |
| 283. Dish Network CS | | None | J | T | | | | | |
| 284. Dotmar | A | Dividend | K | T | Buy | 02/02/10 | J | | |
| 285. Dotmar | A | Dividend | K | T | Buy | 06/30/10 | J | | |
| 286. Dress Barn CS | | None | J | T | Sold (part) | 03/02/10 | J | C | |
| 287. Dress Barn CS | | None | J | T | Sold (part) | 04/23/10 | J | C | |
| 288. Ebay CS | | None | J | T | Buy | 05/25/10 | J | | |
| 289. Fairchild Semi | | None | K | T | Buy | 01/22/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Fairchild Semi | | None | K | T | Buy | 05/14/10 | J | | |
| 291. Fairchild Semi | | None | K | T | Buy | 05/18/10 | J | | |
| 292. Gilead Sciences | | None | J | T | Buy | 07/22/10 | J | | |
| 293. Gilead Sciences | | None | J | T | Buy | 12/23/10 | J | | |
| 294. Goldman Sachs | A | Dividend | J | T | Buy | 05/06/10 | J | | |
| 295. H & R Block | A | Dividend | J | T | Buy | 02/01/10 | J | | |
| 296. H & R Block | A | Dividend | J | T | Buy | 02/24/10 | J | | |
| 297. Intel Corp | A | Dividend | J | T | Buy | 07/07/10 | J | | |
| 298. HSN CS | | None | | | Sold | 03/01/10 | J | C | |
| 299. HSN CS | | None | | | Sold | 04/08/10 | J | D | |
| 300. JPMorgan Chase CS | A | Dividend | K | T | Buy | 01/25/10 | J | | |
| 301. JPMorgan Chase CS | A | Dividend | K | T | Buy | 10/15/10 | J | | |
| 302. Knoll Inc. CS | A | Dividend | J | T | Sold (part) | 10/06/10 | J | C | |
| 303. Knology CS | | None | J | T | | | | | |
| 304. Liberty Media CS | | None | J | T | | | | | |
| 305. Mastercard | A | Dividend | J | T | Buy | 05/14/10 | J | | |
| 306. Merck CS | A | Dividend | J | T | Buy | 05/20/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code.3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Methode Elec. CS | A | Dividend | | | Sold | 03/02/10 | J | C | |
| 308. Methode Elec. CS | A | Dividend | | | Sold | 07/23/10 | J | C | |
| 309. Microsoft CS | A | Dividend | J | T | | | | | |
| 310. Newell Rubbermaid | A | Dividend | J | T | Buy | 02/03/10 | J | | |
| 311. NCR Corp. CS | | None | | | Sold | 09/21/10 | J | B | |
| 312. Nighthawk Radiology CS | | None | | | Sold | 12/23/10 | J | B | |
| 313. Nokia CS | A | Dividend | J | T | | | | | |
| 314. PNC Financial CS | A | Dividend | J | T | | | | | |
| 315. Precision Castparts CS | A | Dividend | | | Sold | 06/03/10 | J | C | |
| 316. RCN Corp CS | | None | | | Sold | 08/27/10 | J | B | |
| 317. Seahawk Drilling CS | | None | | | Sold | 01/21/10 | J | A | |
| 318. Sprint Nextel CS | | None | J | T | | | | | |
| 319. Time Warner CS | A | Dividend | J | T | | | | | |
| 320. Time Warner New | A | Dividend | J | T | | | | | |
| 321. Tyco Int'l CS | A | Dividend | | | Sold | 07/27/10 | J | B | |
| 322. US Bancorp CS | A | Dividend | J | T | | | | | |
| 323. Wal-Mart | A | Dividend | J | T | Buy | 05/20/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  3M Co. CS | A | Dividend | J | T | | | | | |
| 325.  WSFS Financial | A | Dividend | | | Buy | 02/04/10 | J | | |
| 326.  WSFS Financial | A | Dividend | | | Sold | 05/12/10 | J | B | |
| 327.  Wells Fargo PF | A | Dividend | | | Sold | 07/29/10 | J | D | |
| 328.  REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 329.  West Moon Twp. Assoc. | D | Distribution | M | U | | | | | |
| 330.  Bensalem Realty Assoc. | F | Distribution | N | U | | | | | |
| 331.  Rodi Land Assoc. | E | Distribution | M | U | | | | | |
| 332.  FC Donegal Assoc. | G | Distribution | O | U | | | | | |
| 333.  First City GA Partners | E | Distribution | N | U | | | | | |
| 334.  McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 335.  SCHWAB ACCOUNT | | | | | | | | | |
| 336.  AmerisourceBergen Corp CS | A | Dividend | J | T | Sold<br>(part) | 02/24/10 | J | A | |
| 337.  Automatic Data Proc. CS | A | Dividend | J | T | | | | | |
| 338.  BCE New | A | Dividend | J | T | Buy | 01/02/10 | J | | |
| 339.  Bard CR Inc. CS | A | Dividend | J | T | | | | | |
| 340.  Becton Dickinson CS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Bentworth School Dist. BD | A | Interest | K | T | | | | | |
| 342. BP PLC ADR | A | Dividend | | | Sold | 06/09/10 | J | A | |
| 343. Butler Twp. BD | A | Dividend | K | T | | | | | |
| 344. Central Bucks Pa BD | A | Interest | K | T | | | | | |
| 345. Central Dauphin Pa BD | B | Interest | | | Sold | 11/15/10 | J | A | |
| 346. Cisco CS | | None | J | T | | | | | |
| 347. Clarcor CS | A | Dividend | | | Sold | 11/15/10 | J | C | |
| 348. Colgate Palmolive CS | A | Dividend | J | T | | | | | |
| 349. Conoco Phillips CS | A | Dividend | J | T | | | | | |
| 350. Dentsply CS | A | Dividend | J | T | | | | | |
| 351. Downington PA Sch. Dist. BD | B | Interest | K | T | | | | | |
| 352. Eaton Corp CS | A | Dividend | J | T | Sold (part) | 11/11/10 | J | A | |
| 353. Emerson Elec. CS | A | Dividend | J | T | | | | | |
| 354. Exxon Mobil CS | A | Dividend | J | T | | | | | |
| 355. Fox Chapel School Dist. BD | B | Interest | K | T | | | | | |
| 356. General Dynamics CS | A | Dividend | J | T | | | | | |
| 357. General Electric CS | A | Dividend | J | T | Sold (part) | 11/11/10 | J | A | |

| 1. Income Gain Codes: | · A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  IBM CS | A | Dividend | J | T | | | | | |
| 359.  Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 360.  JP Morgan Chase CS | A | Dividend | J | T | | | | | |
| 361.  Lubrizol CSsirius | A | Dividend | J | T | Sold (part) | 04/13/10 | J | C | |
| 362.  Lubrizol CS | A | Dividend | J | T | Buy | 06/24/10 | J | | |
| 363.  Microsoft | A | Dividend | J | T | Buy | 11/16/10 | J | | |
| 364.  Mount Lebanon PA | B | Interest | K | T | Buy | 10/05/10 | K | | |
| 365.  Northhampton Cty BD | B | Interest | | | Sold | 08/15/10 | J | A | |
| 366.  Pepsico CS | A | Dividend | J | T | | | | | |
| 367.  Pfizer | A | Dividend | J | T | Buy | 04/14/10 | J | | |
| 368.  PNC Financial CS | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 369.  Praxair CS | A | Dividend | J | T | | | | | |
| 370.  Republic Services CS | A | Dividend | J | T | | | | | |
| 371.  Schlumberger CS | A | Dividend | J | T | | | | | |
| 372.  Schwab MM | A | Interest | L | T | | | | | |
| 373.  Synopsys | | None | J | T | Buy | 11/15/10 | J | | |
| 374.  Sysco Corp. CS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Unilever CS | A | Dividend | · J | T | | | | | |
| 376. United Parcel Svc. CS | A | Dividend | J | T | Buy | 03/04/10 | J | | |
| 377. Upper Moreland Twp. BD | A | Interest | K | T | | | | | |
| 378. Wal-Mart CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 05/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas M. Hardiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544